In the Matter of CITY OF BINGHAMTON For and On Behalf of Binghamton Urban Renewal Agency, Appellant, v. JEFFERSON F. MEAGHER et al., Respondents.— AULISI, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Staley, Jr., JJ., concur in memorandum by Aulisi, J.